1

2

3                    UNITED STATES DISTRICT COURT

4                    EASTERN DISTRICT OF CALIFORNIA

5

6    UNITED STATES OF AMERICA,              No.  1:21-mj-00094-SAB-1

7              Plaintiff,                    ORDER VACATING THE JANUARY 12,
                                             2024 HEARING AND DENYING THE
8         v.                                 UNITED STATES OF AMERICA'S
                                             MOTION IN LIMINE AS MOOT
9    ABRAHAM AGUIRRE.
                                             (ECF No. 43, 44, 45)
10             Defendant.

11

12         On December 20, 2023, the Government filed a motion in limine arguing that the

13   Defendant's amended expert disclosure fails to comply with Federal Rule of Criminal Procedure

14   16(b)(1)(C)(iii) because it fails to identify the "independent studies" on which the Defendant's

15   expert relied.  (ECF No. 43.)  The Government requested that either the Defendant be required to

16   disclose the studies or that any testimony relating to such studies be excluded at trial.

17         On December 27, 2023, Defendant filed a response noting his disagreement with the

18   Government's interpretation of the disclosure rules but represented he nevertheless provided the

19   Government with copies of the requested studies on December 22, 2023.   (ECF No. 44.)

20   Defendant requested that the Government's motion be denied as moot.

21         On December 28, 2023, the Government filed a statement confirming Defendant's

22   production of the requested studies and stating it "considers its motion in limine moot."  (ECF

23   No. 45.)

24   ///

25   ///

26   ///

27   ///

28   ///

                                               1

Accordingly, IT IS HEREBY ORDERED that the Government's motion in limine is DENIED as moot and the hearing set for January 12, 2024, at 9:00 a.m. in Courtroom 9, is VACATED.

IT IS SO ORDERED.

Dated:   **December 29, 2023**

_____
UNITED STATES MAGISTRATE JUDGE