HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ABRAHAM AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABRAHAM AGUIRRE,<br><br>Defendant. | Case No. 1:24-cr-00088-JLT<br><br>STIPULATION TO MODIFY CONDITIONS OF PROBATION AND DEFENDANT'S MOTION TO DISMISS APPEAL; ORDER<br><br>JUDGE: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for defendant Abraham Aguirre, that the Court may modify the conditions of Mr. Aguirre's term of probation pursuant to 18 U.S.C. § 3563(c). Modification by this Court is particularly appropriate given that the appeal is pending before this Court and the appeal concerns rulings by the assigned magistrate court. Specifically, the parties agree that the Court may modify Condition 6 to require Mr. Aguirre to complete a three-month First-Offender DUI program through the California Department of Motor Vehicles, rather than the 18-month Multi-Offender DUI program. In addition, the Court may modify the relevant deadlines in Condition 6 to require enrollment in the course by September 30, 2024, and completion of the course by March 15, 2025. The parties further agree that the Court may add Condition 8 ordering Mr. Aguirre to complete 50 hours of community service by March 15,

2026. In exchange for the government's agreement to modify the conditions of his probation, Mr. Aguirre moves to dismiss the pending appeal.

The parties request that the Court make the following findings:

(1) Pursuant to 18 U.S.C. § 3401(f) and 18 U.S.C. § 3563(c), this Court may modify Mr. Aguirre's conditions of probation;

(2) A hearing is not required under Federal Rule of Criminal Procedure 32.1(c), as Mr. Aguirre waives the hearing and, moreover, the relief sought is favorable to Mr. Aguirre, does not extend the term of probation, and counsel for the government does not object to the modification;

(3) The proposed modifications of probation are an appropriate means of dispensing with the pending appeal given the potentially colorable issues presented and in the interest of conserving the Court's limited time and resources; and

(4) The proposed modifications of probation are reasonable in light of the following circumstances:

    (a) Mr. Aguirre surrendered to the U.S. Marshal on May 24, 2024, as ordered, and served the custodial portion of his sentence;

    (b) Mr. Aguirre paid the $20 special assessment prior to May 30, 2024, as ordered;

    (c) California law does not require a Multi-Offender DUI course if the prior offense occurred more than 10 years ago, and Mr. Aguirre's prior convictions occurred in 1990 and 1992;

    (d) The nearest DUI school to Mr. Aguirre's home in Ridgecrest is T.A.A.S.K. in Tehachapi, which is more than 70 miles away. Under the California Vehicle Code, state-certified DUI programs cannot be completed online. For each two-hour session, Mr. Aguirre, an indigent defendant, will need to rely on friends or public transportation to make the nearly three-hour round trip; and

    (e) While this hardship will also exist for the three-month class, the additional

time and expense will be far more sustainable over a three-month period than an 18-month period. Thus, the proposed modification will promote Mr. Aguirre's rehabilitation by ensuring his success in the program is not excessively hindered by factors beyond his control.

Accordingly, the parties hereby request that the Court modify Condition 6 to require Mr. Aguirre to complete a three-month First-Offender DUI program through the California Department of Motor Vehicles and add Condition 8 to require Mr. Aguirre to complete 50 hours of community service. Mr. Aguirre hereby moves to withdraw his appeal upon the Court's approval of this stipulation.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 26, 2024          */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 26, 2024          */s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
ABRAHAM AGUIRRE

///
///
///
///
///
///

**ORDER**

Upon the parties' stipulation and for good cause shown, the Court hereby modifies Condition 6 to read:  The defendant shall complete a three-month First-Offender DUI program through the California Department of Motor Vehicles.  Enroll by: 9/30/2024.  Complete by: 3/15/2025.

The Court adds Condition 8 to read:  The defendant shall complete 50 hours of community service by 3/15/2026 at an organization approved by the government.

The Court grants the defendant's motion to withdraw the pending appeal.

IT IS SO ORDERED.

Dated:   **June 27, 2024**

_____
UNITED STATES DISTRICT JUDGE